IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BITCO GENERAL INSURANCE
CORPORATION,

        Plaintiff,

v.

RED BUD SCHOOL DISTRICT #132, GRP
MECHANICAL COMPANY, INC., C.L., a
minor, by and through his guardian,
ERIN SIMPSON,

        Defendants.

Case No. 3:26-cv-00096-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Plaintiff's Notice of Voluntary Dismissal filed on March 13, 2026 (Doc. 8), this entire action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear its own costs.

        DATED:  March 17, 2026

                                   MONICA A. STUMP,
                                   Clerk of Court

                                   By:   s/ *Deana Brinkley*
                                       Deputy Clerk

APPROVED:  _____
        NANCY J. ROSENSTENGEL
        United States District Judge